IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


MAXINE RENEE WADE                                              PLAINTIFF


v.                              Case No. 1:17-cv-1022


GENERAL MOTORS, LLC                                            DEFENDANT


## ORDER

Before the Court is an Agreed Stipulation of Dismissal With Prejudice.   ECF No. 47.   The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice.   Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**, this 4th day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge